**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:17-CR-223 MAC |
| | § | |
| RICAURTE JAVIER MARTINEZ-MURILLO | § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on October 23, 2018, to determine whether Defendant violated his supervised release. Defendant was represented by Frank Henderson. The Government was represented by Jay Combs.

On December 28, 2011, Defendant was sentenced by the Honorable Frederico A. Moreno, United States District Judge of the Southern District of Florida, to a sentence of forty-six (46) months imprisonment followed by a five (5) year term of supervised release for the offense of Conspiracy to Possess with the Intent to Distribute Five Kilograms or More of Cocaine on Board a Vessel subject to the Jurisdiction of the United States. Defendant began his term of supervision on February 10, 2015. On December 19, 2017, jurisdiction of this case was transferred to the Eastern District of Texas, and assigned to the Honorable Marcia A. Crone.

On April 23, 2018, the U.S. Probation Officer filed a First Amended Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 2). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; (2) Defendant shall not unlawfully possess a controlled substance;

(3) Defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; and (4) At the completion of Defendant's term of imprisonment, Defendant shall be surrendered to the custody of the U.S. Immigration and Customs Enforcement for removal proceedings consistent with the Immigration and Nationality Act. If removed, Defendant shall not reenter the United States without the prior written permission of the Undersecretary for Border and Transportation Security. The term of supervised release shall be non-reporting while Defendant is residing outside the United States. If Defendant reenters the United States within the term of supervised release, Defendant is to report to the nearest U.S. Probation Officer within seventy-two hours of Defendant's arrival.

The Petition alleges that Defendant committed the following violations: (1) On or about October 18, 2017, Defendant committed the offense of Conspiracy to Possess with the Intent to Distribute Cocaine Base While on Board a Vessel subject to the Jurisdiction of the United States, Eastern District of Texas, Case No. 4:17-CR-00194. On February 26, 2018, Defendant entered a plea of guilty to this offense and Defendant has been order detained pending his sentencing; and (2) Defendant was deported to Colombia on or about March 30, 2015; however, Defendant failed to remain outside the territory of the United States, as evidenced by his arrest on October 18, 2017, in the aforementioned case filed in the Eastern District of Texas, Case No. 4:17-CR-00194.

At the hearing, Defendant entered a plea of true to allegation 1. Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

2

## <u>RECOMMENDATION</u>

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the October 23, 2018, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twenty-four (24) months, with no supervised release to follow, to run consecutively to any other sentence being served. The Court further recommends that Defendant's term of imprisonment be carried out in FCI McRae, McRae Helena, Georgia, if appropriate.

**SIGNED this 23rd day of October, 2018.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE